CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

STEPHEN E. ABRAHAM (SBN: 172054)
stephen@abraham-lawoffices.com
LAW OFFICES OF STEPHEN ABRAHAM
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366
Attorney for Defendants
James T. Georges; Arcelia Georges and Pit Stop Burgers, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLAND SYLVE,<br><br>          Plaintiff,<br><br>    v.<br><br>JAMES T. GEORGES, in individual and representative capacity as trustee of The Georges Family Trust; ARCELIA GEORGES, in individual and representative capacity as trustee of The Georges Family Trust; PIT STOP BURGERS, INC., a California Corporation; and Does 1-10, | Case No.: 2:18-CV-07885-RGK-AS<br><br>**JOINT NOTICE OF SETTLEMENT** |

1  The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: November 9, 2018         CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: November 9, 2018         LAW OFFICES OF STEPHEN ABRAHAM

By: /s/ Stephen E. Abraham
    Stephen E. Abraham
    Attorney for Defendants
    James T. Georges; Arcelia Georges and
    Pit Stop Burgers, Inc.,

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Stephen E. Abraham, counsel for Defendants James T. Georges; Arcelia Georges and Pit Stop Burgers, Inc., and that I have obtained Mr. Abraham's authorization to affix his electronic signature to this document.

Dated: November 9, 2018        CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorney for Plaintiff