CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

STEPHEN E. ABRAHAM (SBN: 172054)
stephen@abraham-lawoffices.com
LAW OFFICES OF STEPHEN ABRAHAM
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366
Attorney for Defendants
James T. Georges; Arcelia Georges and Pit Stop Burgers, Inc.,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLAND SYLVE,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES T. GEORGES, in individual and representative capacity as trustee of The GEORGES FAMILY TRUST;<br>ARCELIA GEORGES, in individual and representative capacity as trustee of The GEORGES FAMILY TRUST;<br>PIT STOP BURGERS, INC., a California Corporation; and Does 1-10,<br><br>    Defendants, | Case: 2:18-CV-07885-RGK-AS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Joint Stipulation for Dismissal    Case: 2:18-CV-07885-RGK-AS

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 15, 2018     CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: November 15, 2018     LAW OFFICES OF STEPHEN ABRAHAM

By: /s/ Stephen E. Abraham
    Stephen E. Abraham
    Attorney for Defendants
    James T. Georges; Arcelia Georges
    and Pit Stop Burgers, Inc.,

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Stephen E. Abraham, counsel for Defendants James T. Georges; Arcelia Georges and Pit Stop Burgers, Inc., and that I have obtained Mr. Abraham's authorization to affix his electronic signature to this document.

Dated: November 15, 2018        CENTER FOR DISABILITY ACCESS

                                    By: /s/ Phyl Grace
                                         Phyl Grace
                                         Attorneys for Plaintiff